CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Gary V. Jenkins, pro se
PLAINTIFF

111 Thornton Drive
Address (No Post Office Boxes)
Jonesboro, GA 30236
City        State    Zip Code

Case: 1:24-cv-00795 JURY DEMAND
Assigned To : Lamberth, Royce C.
Assign. Date : 3/19/2024
Description: Pro Se Gen. Civ. (F-DECK)

VS.

CIVIL ACTION NO. _____

Jury Trial: [X] Yes  [ ] No

Rhode Island State, et al
150 Main St, Providence RI 02903
UPS Store #7051, 610 Madison St. STE 101
Alexandria, VA 22314

### COMPLAINT

On 4/19/2021 Blue Cross & Blue Shield of Rhode Island averred that it made payments to the DEFENDANT(S) on listed dates. IAFF Local 850's obligation of fair representation would be satisfied so long as the procedure affords the ability to place all relevant information before the union. Henrikson v. Town of E. Greenwich, 94 F. Supp. 3d 180, 184 (D.R.I. 2015). Treasonable acts have occurred. TARGETING. CIVIL CHARGES: 29 U.S. Code § 178; 29 U.S. Code § 186; CRIMINAL CHARGES: 18 U.S. Code § 2 (b); 18a U.S. Code § 12; 18 U.S. Code § 152; 18 U.S. Code § 210; 18 U.S. Code § 601; 18 U.S. Code § 1035; 18 U.S. Code § 2384

Requested Relief: Under 29 U.S. Code § 186 - $15000.00; 7/1/2018 City of East Providence personnel list; 7/1/2019 Rhode Island Hospital, PLAINTIFF records. UPS Guaranteed REFUND.

Signature: *Gary V. Jenkins, pro se*

Gary V. Jenkins, pro se
Name (if applicable, Prisoner ID No.)
111 Thornton Drive
Address/Facility Address
Jonesboro, GA 30236
City    State    Zip Code

RECEIVED
MAR 19 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Rev: 01/10/2023
*Use additional pages as needed